*State, Respondent, v. Shabeeb, Petitioner*, No. 93462-2. Petition for review of a decision of the Court of Appeals, No. 47239-2-II, June 14, 2016, 194 Wn. App. 1032. *Denied* December 7, 2016.

*State, Respondent, v. Gaines, Petitioner*, No. 93464-9. Petition for review of a decision of the Court of Appeals, No. 46352-1-II, July 6, 2016, 194 Wn. App. 892. *Denied* December 7, 2016.

*Key Dev. Pension et al., Petitioners, v. Carlson et al., Respondents*, No. 93465-7. Petition for review of a decision of the Court of Appeals, No. 73347-8-I, July 11, 2016, 194 Wn. App. 1053. *Denied* December 7, 2016.

*State, Respondent, v. Rowley, Petitioner*, No. 93470-3. Petition for review of a decision of the Court of Appeals, No. 75239-1-I, July 25, 2016, 195 Wn. App. 1017. *Denied* December 7, 2016.

*Evans, Respondent, v. Tacoma Sch. Dist. No. 10, Petitioner*, No. 93471-1. Petition for review of a decision of the Court of Appeals, No. 47612-6-II, July 12, 2016, 195 Wn. App. 25. *Denied* December 7, 2016.

*State, Respondent, v. Bewick, Petitioner*, No. 93472-0. Petition for review of a decision of the Court of Appeals, No. 33598-4-III, July 7, 2016, 194 Wn. App. 1053. *Denied* December 7, 2016.

*State, Respondent, v. Tellez, Petitioner*, No. 93477-1. Petition for review of a decision of the Court of Appeals, No. 33552-6-III, July 19, 2016, 195 Wn. App. 1010. *Denied* December 7, 2016.

*Marin, Petitioner, v. King County, Respondent*, No. 93479-7. Petition for review of a decision of the Court of Appeals, No. 72666-8-I, June 6, 2016, 194 Wn. App. 795. *Denied* December 7, 2016.